# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–16003 – DER**    Chapter: **13**

**Latia Thaniel–Thompson–McKoy**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A/B–J due 07/15/2025**<br>**Declaration for Schedules due 07/15/2025**<br>**Ch 13 Plan & Cert of Service due 07/15/2025**<br>**Stmt. of Fin. Affairs due 07/15/2025**<br>**Credit Counseling Certificate due 07/15/2025**<br>**Summary of Assets and Liab. due 07/15/2025**<br>**Ch 13 Income Form 122C–1 due 07/15/2025** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 7/15/25.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 7/3/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

cc:   Debtor
      Attorney for Debtor – PRO SE

Form ntcddl (03/05)